1
2
3
4
5
6
7

8
9

10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

            Plaintiff,

   v.

GERALD A. BRENNER,

            Defendant.

Case No.  06-5412 KLS

ORDER DENYING MOTION TO SUPPRESS

17
18
19
20

      This matter having come before the court on the "Defendant's Memorandum, In Support of Motion for Order Suppressing Evidence." Dkt. #5. The plaintiff filed its response (Dkt. #6) and the defendant has now filed his reply (Dkt. #7).  The court notes that no request for oral argument or for an evidentiary hearing has been made by either party.

21
22
23
24
25
26
27
28

      The court further notes that no evidence has been presented to the court either in support of the motion or in opposition to the motion.  While the plaintiff references an attachment, there was no attachment to his memorandum.  The parties have chosen, instead, to rely on counsels' summary of the facts.  It appears to this Court that the knowledge, training and understanding of the investigating officer is crucial to the court's determination of this motion and that such determination cannot be made on the limited record now before the court.  Therefore, this court is denying the motion to suppress, without

1  prejudice, so as to allow the defendant to raise the matter at the time of trial, now scheduled for
2  September 5, 2006.
3                              DATED this 18th day of August, 2005.
4
5                                /s/ Karen L. Strombom
                                 Karen L. Strombom
6                                U.S. Magistrate Judge